# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ) No. 69067-1-I
PERSONAL RESTRAINT OF: )
JEFFREY NELSON, ) DIVISION ONE
) UNPUBLISHED OPINION
       Petitioner. )
) FILED: SEP 2 3 2013
)

PER CURIAM. Jeffrey Nelson files this personal restraint petition

challenging, among other things, a community custody condition that he "not

possess or access pornographic materials, as directed by the supervising

Community Corrections Officer."[1] The State's concession that the condition is

unconstitutionally vague is well taken. See State v. Bahl, 164 Wn.2d 739, 193

P.3d 678 (2008). We accept the concession and grant the personal restraint

petition. The matter is remanded to the trial court for amendment of the

judgment and sentence consistent with Bahl, 164 Wn.2d at 758-62.

For the court:

_Becker, J._

_Grosse_

_Verellen_

---

[1] The Acting Chief Judge previously dismissed Nelson's remaining claims as
frivolous.